UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


CHARLES A. BURT

          Petitioner

      v.                               **Judgment in a Civil Case**

SARA REVELL

          Respondent                  Case Number: 5:10-HC-2249-D


**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on August 25, 2011, with service on:
Charles A. Burt  16699-424, Federal Medical Center, P.O. Box 1600, Butner, NC  27509 (via U.S. Mail)


August 25, 2011                          /s/ Dennis P. Iavarone
                                         Clerk